# EXHIBIT B



# GAME INFORMER MAGAZINE Mailing List

The Best Kept Secret in Video Games Game Informer Magazine has the highest paid circulation of any other games magazine. Subscribers are active gamers who are influenced by Game Informer's game reviews and exclusive stories. Readers are teens as well as young adults who spend an average of 14 hours per week playing video games on the personal computer, Sony PlayStation, PlayStation 2, Nintendo 64, Game Cube, GameBoy, Microsoft Xbox, and Sega Dreamcast systems. As true enthusiasts, they own the latest in gaming hardware and software, with purchases of over 12 games in a year.

Get Count   Get Pricing   Get More Information

| SEGMENTS | | COUNTS THROUGH 04/09/2018 | |
|---|---|---|---|
| 1,684,693 | TOTAL UNIVERSE / BASE RATE | | $125.00/M |
| 1,684,693 | 12 MONTH SUBSCRIBERS | | $125.00/M |
| | COUNTS THRU 05/09/2011 | | |
| | EXPIRE RATE | | $75.00/M |

| POPULARITY: | ████ 96 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | ✉ |
| SOURCE: | DIRECT MAIL |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |

**DESCRIPTION**

```
The Best Kept Secret in Video Games

Game Informer Magazine has the highest paid
circulation of any other games magazine.
Subscribers are active gamers who are
influenced by Game Informer's game reviews and
exclusive stories.

Readers are teens as well as young adults who
spend an average of 14 hours per week playing
video games on the personal computer, Sony
PlayStation, PlayStation 2, Nintendo 64, Game
Cube, GameBoy, Microsoft Xbox, and Sega
Dreamcast systems.  As true enthusiasts, they
own the latest in gaming hardware and software,
with purchases of over 12 games in a year.


Additional Charges:
Game System @ $10/M

Game Informer readers are in homes with an
```

| SELECTS | |
|---|---|
| 12 MONTH HOTLINE | NO CHARGE |
| ACTIVE SUBSCRIBERS | NO CHARGE |
| AGE | NO CHARGE |
| AREA OF INTEREST | NO CHARGE |
| FORMER/EXPIRED SUBS | NO CHARGE |
| GAME SYSTEM | $10.00/M |
| GENDER/SEX | NO CHARGE |
| HOTLINE | NO CHARGE |
| INCOME SELECT | NO CHARGE |
| RECENCY | NO CHARGE |
| SCF | NO CHARGE |
| STATE | NO CHARGE |
| ZIP | NO CHARGE |

| ADDRESSING | |
|---|---|
| KEY CODING | $3.00/M |
| EMAIL DELIVERY (FLAT FEE) | $75.00/L |
| KEYING | $3.00/M |
| MODEM/FTP/BBS (FLAT FEE) | $75.00/L |
| REUSE | |
| SHIPPING/HANDLING (FLAT) | $75.00/M |
| ZIP TAPE (FLAT FEE) | $50.00/L |

**RELATED LISTS**

- ELECTRONIC GAMERS
- XBOX GAMERS NETWORK
- CHIPS AND BITS VIDEO AND PC GAME BUYERS
- GT INTERACTIVE SOFTWARE CORPORATION
- GAME ADDICTS - COMPUTER

average household income of $67,300.  Over 53% of readers own multiple games systems with over 86% owning a multimedia PC system.  Over 87% are regular on-line users, spending an average of over 9 hours per week on the Web and on popular online services.  These consumers also view other electronic gaming and pc magazines to fulfill their gaming interests.

Subscribers represent a group of early adopters who enjoy the 'fun' that is delivered by consumer electronics and PC-related products.  They either make or greatly influence purchasing decisions at home to keep family entertainment activities at the cutting edge.

System Ownership:
86% PC
75% PlayStation 2
58% Game Boy Advance
53% PlayStation
50% GameCube
50% Nintendo 64
44% Microsoft XBox
35% Game Boy Color
53% Multiple Systems

Re-uses must be submitted for clearance prior to mailings.

A $50/F fee incurred on canceled orders.  This fee is in addition to any applicable run charges $12.50/M, and processing fees.  Orders canceled after mail date are due in full.

Updated quarterly.

- GAMING ENTHUSIASTS
- XBOX, PLAYSTATION, NINTENDO AND PC VIDEO GAME PLAYERS
- XBOX CONSOLE BUYERS
- EXPERIAN CONSUMERVIEW ATTITUDINAL AND BEHAVIORAL - BEHAVIORBANK
- HOME ENTERTAINMENT AND PC GAMING CONSUMERS
- GAME CONSOLE BUYERS MASTERFILE

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #108499 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software

- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- NET NAME IS NOT ALLOWED
- EXCHANGE IS NOT AVAILABLE
- REUSE IS NOT AVAILABLE
- CANCELLATION FEE AT $50.00/F

Get Count  Get Pricing  Get More Information