UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBERT JEREMY HORTON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>GAMESTOP CORP., d/b/a GAME INFORMER,<br><br>      Defendant. | No. 18-cv-00596-GJQ-PJG |

## **ORDER GRANTING STIPULATION REGARDING SUBSTITUTION OF PARTIES**

The Court, having read and considered Plaintiff Robert Jeremy Horton's ("Plaintiff") and Defendant GameStop Corp., d/b/a Game Informer's ("Defendant" and together with Plaintiff, the "Parties") Stipulation Regarding Substitution of Parties ("Stipulation"), and finding good cause therefor, HEREBY ORDERS that:

1. The Stipulation is GRANTED;

2. GameStop, Inc. and Sunrise Publications, Inc. shall be named as defendants in this lawsuit;

3. The claims against GameStop Corp., d/b/a Game Informer are hereby dismissed without prejudice, subject to the following terms;

4. The statute of limitations for any and all claims or causes of action, if any, by Plaintiff against GameStop, Corp. d/b/a Game Informer shall be tolled from the filing date of this lawsuit until the date this matter is resolved;

5. The statute of limitations for any and all claims or causes of action, if any, by members of the putative class against GameStop, Corp. d/b/a Game Informer shall be tolled from

the filing date of this lawsuit until the date this matter is resolved or until the date a final order denying class certification, if any, is issued, whichever is earlier;

6. The statute of limitations for the claims and causes of action asserted in the class action complaint by Plaintiff and members of the putative class (violation of the VRPA and unjust enrichment) against GameStop, Inc. and Sunrise Publications, Inc. shall relate back to the filing date of this lawsuit, i.e., May 29, 2018; and

7. The caption shall be amended to read as follows:

| | |
|---|---|
| ROBERT JEREMY HORTON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>GAMESTOP, INC. and SUNRISE PUBLICATIONS, INC.,<br><br>      Defendants. | No. 18-cv-00596-GJQ-PJG |

**IT IS SO ORDERED.**

Dated: __February 25__, 2019      ___/s/ Gordon J. Quist___
                          The Honorable Gordon J. Quist
                          United States District Judge