UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBERT JEREMY HORTON; MARK SCHOENROCK; JUSTIN GIBBS; and PATRICK MYERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GAMESTOP, INC.; and SUNRISE PUBLICATIONS, INC.,<br><br>Defendants. | Case No.: 1:18-CV-00596-GJQ-PJG<br><br>[*Hon. Gordon J. Quist*]<br><br>**Defendants' Motion for Summary Judgment**<br><br>**[Oral Argument Requested]** |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants GAMESTOP, INC. ("GameStop") and SUNRISE PUBLICATION, INC. ("Sunrise") (collectively, "Defendants") respectfully request that this Court enter judgment in their favor and against Plaintiffs Robert Jeremy Horton, Mark Schoenrock, Justin Gibbs, and Patrick Myers (collectively, "Plaintiffs") under Federal Rule of Civil Procedure 56 because no genuine dispute as to any material fact exists and Defendants are entitled to judgment as a matter of law ("Motion"). The brief submitted with this Motion explains the legal basis for the motion.

DATED: August 5, 2019

**BAKER & HOSTETLER LLP**

By: */s/ Casie D. Collignon*
    Paul G. Karlsgodt
    Casie D. Collignon
    Matthew D. Pearson

*Attorneys for Defendants*
*GAMESTOP, INC. and SUNRISE*
*PUBLICATIONS, INC.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2019, I electronically filed the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                */s/ Casie D. Collignon*