**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| ROBERT JEREMY HORTON, MARK SCHOENROCK, JUSTIN GIBBS, and PATRICK MYERS, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>v.<br><br>GAMESTOP, INC. and SUNRISE PUBLICATIONS, INC.,<br><br>                                    Defendants. | Civil Action No. 1:18cv00596-GJQ-PJG<br><br>HON. GORDON J. QUIST<br><br>**JOINT STIPULATION FOR DISCOVERY AND BRIEFING SCHEUDLE RELATED TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs Robert Jeremy Horton, Mark Schoenrock, Justin Gibbs, and Patrick Myers ("Plaintiffs") and Defendants GameStop, Inc. ("GameStop") and Sunrise Publications, Inc. ("Sunrise") (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 29, 2018, Plaintiff Horton filed his Class Action Complaint [Dkt. No. 1];

WHEREAS, on July 25, 2018, Defendants filed a motion to dismiss the complaint [Dkt. No. 8];

WHEREAS, on September 28, 2018, the Court issued an order denying Defendant's motion to dismiss and making Defendants' deadline to file its answer October 12, 2018 [Dkt. No. 18];

WHEREAS, on February 14, 2019, the Court issued a Case Management Order in which it stated that "if, after Defendant(s) files its motion for summary judgment, Plaintiff[s] need[] additional time for narrowly tailored discovery to respond to the motion for summary judgment,

the parties shall file with this Court a proposed briefing schedule and discovery plan related to the motion for summary judgment." [Dkt. No. 32];

WHEREAS, on August 5, 2019, Defendants filed a motion for summary judgment [Dkt. No. 44];

WHEREAS, on August 7, 2019, Plaintiffs served their Third Set of Requests For Production;

WHEREAS, on August 8, 2019, Plaintiffs served Rule 30(b)(6) deposition notices on Defendants;

WHEREAS, the Parties have conducted discovery consistent with the Court's Case Management Order, but Plaintiffs require additional time to complete discovery and respond to Defendants' motion for summary judgment;

WHEREFORE, based on the above, the Parties request that the Court order the following:

1. Defendants shall produce all documents responsive to Plaintiffs' Third Set of Requests For Production on or before September 30, 2019;
2. Plaintiffs shall complete deposition discovery related to Defendants' motion for summary judgment on or before October 31, 2019;
3. Plaintiffs shall respond to Defendants' motion for summary judgment on or before November 29, 2019.

**IT IS SO STIPULATED.**

Dated:  August 15, 2019

Respectfully submitted,

By: s/ *Casie D. Collignon*

Paul D. Karlsgodt
pkarlsgodt@bakerlaw.com
Casie D. Collignon
ccollingon@bakerlaw.com
BAKER & HOSTETLER LLP (CO)
1801 California St., Ste. 4400
Tel: (303) 861-0600

*Counsel for Defendants*


By: s/ *Philip L. Fraietta*

Joseph I. Marchese
jmarchese@bursor.com
Philip L. Fraietta
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163

Frank S. Hedin
fhedin@hedinhall.com
David W. Hall
dhall@hedinhall.com
HEDIN HALL LLP
1395 Brickell Avenue, Suite 900
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

Ian G. Lyngklip
ian@michiganconsumerlaw.com
Wedad Y. Ibrahim
wedadi@michiganconsumerlaw.com
Lyngklip & Associates Consumer Law Group PLC
24500 Northwestern Hwy., Ste. 206
Southfield, MI 48075
Tel: (248) 208-8864

*Counsel for Plaintiffs and the Putative Class*