UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBERT JEREMY HORTON, MARK SCHOENROCK, JUSTIN GIBBS, and PATRICK MYERS, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>GAMESTOP, INC. and SUNRISE PUBLICATIONS, INC.,<br><br>                      Defendants. | Civil Action No. 1:18cv00596-GJQ-PJG<br><br>HON. GORDON J. QUIST<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

      Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Robert Jeremy Horton, Mark Schoenrock, Justin Gibbs, and Patrick Myers ("Plaintiffs") and Defendants GameStop, Inc. ("GameStop") and Sunrise Publications, Inc. ("Sunrise") (collectively, "Defendants"), by and through their respective counsel of record, stipulate to dismissal <u>with prejudice</u> of Plaintiffs' claims. The Parties agree to bear their own fees and costs.

Dated:  September 13, 2019          Respectfully submitted,

                                               By: s/ *Casie D. Collignon*

                                               Paul D. Karlsgodt
                                               pkarlsgodt@bakerlaw.com
                                               Casie D. Collignon
                                               ccollingon@bakerlaw.com
                                               BAKER & HOSTETLER LLP (CO)
                                               1801 California St., Ste. 4400
                                               Tel: (303) 861-0600

                                               *Counsel for Defendants*

                                               By: s/ *Philip L. Fraietta*

                                               Joseph I. Marchese
                                               jmarchese@bursor.com
                                               Philip L. Fraietta

pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163

Frank S. Hedin
fhedin@hedinhall.com
David W. Hall
dhall@hedinhall.com
HEDIN HALL LLP
1395 Brickell Avenue, Suite 900
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

Ian G. Lyngklip
ian@michiganconsumerlaw.com
Lyngklip & Associates Consumer Law Group PLC
24500 Northwestern Hwy., Ste. 206
Southfield, MI 48075
Tel: (248) 208-8864

*Counsel for Plaintiffs*